IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JASON WHARTON,

    **Petitioner,**

v.                                           Case No. 1:21-cv-181-AW-HTC

SECRETARY, DEP'T OF
CORRECTIONS,

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's June 17, 2022 report and recommendation, ECF No. 17, to which there has been no objection. I have determined the report and recommendation should be adopted. It is now ORDERED:

1.     The report and recommendation (ECF No. 17) is adopted and incorporated into this order.

2.     The clerk will enter a judgment that says, "The § 2254 petition is dismissed without prejudice for failure to exhaust."

3.     A certificate of appealability is DENIED.

4.     The clerk will close the file.

SO ORDERED on July 28, 2022.

                                                s/ *Allen Winsor*
                                                United States District Judge